## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HENRY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 6414 |
| | ) | |
| DSC LOGISTICS ET AL. & SOLO CUP CO. | ) | Judge Bucklo |
| ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:    Ignacio Daniel Maramba
Maramba & Associates, LLC
121 South Wilke Road, Suite 101
Arlington Heights, IL 60005
(847) 255-3222

PLEASE TAKE NOTICE that on May 13, 2005, at 9:30 A.M. or as soon thereafter as it may be heard, Defendant DSC Logistics will appear before the Honorable Judge Elaine Bucklo, or any judge sitting in her stead, in Room 1441 of the United States District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, to present its *Motion for Extension of Discovery Deadline.*

DSC LOGISTICS

By _____
One of Its Attorneys

Joel H. Kaplan
S. Leigh Jeter
Alissa L. Gilfand
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000

May 6, 2005

CH1 10893701.1